JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| **Renato Rico**, | Case: 2:18-CV-06670-RSWL-PLA |
| --- | --- |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Giddo's, LLC,** a California Limited Liability Company; **Vernon Fuel Distribution, Inc**., a California Corporation; and Does 1-10, | |
| Defendants. | |

Following Plaintiff's Request for Entry of Judgment Pursuant to FRCP 68(a), the Court grants JUDGMENT in favor of plaintiff Renato Rico and against defendant Giddo's, LLC, a California Limited Liability Company, in the amount of $5,000.00 and defendant Vernon Fuel Distribution, Inc., a California Corporation in the amount of $5,000.00 totaling $10,000.00.

///
///
///

1

This amount is inclusive of all attorney fees and costs otherwise recoverable in this action.

Dated: 07/02/19     By:     s/ RONALD S.W.LEW
                            Hon.   RONALD S. W. LEW
                            United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff